UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARRY WILLIAM CORTINAS, | 1:18-cv-00515-JDP |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| RAVIJOT GILL, JR., *et al.*, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. Plaintiff has neither paid the $400.00 filing fee nor submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Instead, plaintiff has filed with the court his prisoner trust fund account statement. This statement is not a substitute for the required filing fee or application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

1

IT IS SO ORDERED.

Dated: __July 4, 2018__  _____
UNITED STATES MAGISTRATE JUDGE