1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY WILLIAMS CORTINAS,              Case No.  1:18-cv-00515-NONE-HBK (PC)

12            Plaintiff,                    FINDINGS AND RECOMMENDATIONS TO
                                            DENY PLAINTIFF'S MOTION TO FILE
13       v.                                 SUPPLEMENTAL PLEADING

14   RAVIJOT GILL, JR., *et al.*,           FOURTEEN-DAY OBJECTION PERIOD

15            Defendants.                   (Doc. No. 36)

16

17          Plaintiff Larry Williams Cortinas, a state prisoner, initiated this action on April 10, 2018

18   by filing a pro se civil rights complaint under 42 U.S.C. § 1983.  (Doc. No. 1).  Plaintiff is

19   proceeding on his first amended complaint.  (Doc. No. 17).  Before the Court is Plaintiff's motion

20   to file a supplemental complaint under Federal Rule of Civil Procedure 15(d).  (Doc. No. 36).   It

21   is within the court's discretion as to whether to permit the filing of a supplemental

22   complaint.  *Howard v. City of Coos Bay*, 871 F.3d 1032, 1040 (9th Cir. 2017) ("only at the

23   district court's discretion are parties permitted to file a supplemental complaint").

24          In his one-page motion, Plaintiff states that "parties acting" behalf of Defendants are

25   retaliating against him due to his filing of the instant complaint.  (*Id.*).  The Court finds the

26   motion procedurally deficient.  Under Local Rule 137(c), where a party moves to file a document

27   which requires leave of Court, such as a supplemental pleading, the party "shall attach the

28

1   document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a

2   proposed order."  The undersigned is unable to exercise any discretion whether to permit the

3   supplemental pleading from Plaintiff's sparse motion.

4          Accordingly, it is **RECOMMENDED**:

5          Plaintiff's motion to file a supplemental pleading (Doc. No. 22) be DENIED without

6   prejudice.

7                            **NOTICE TO PARTIES**

8          These findings and recommendations will be submitted to the United States district judge

9   assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within fourteen

10  (14) days after being served with these findings and recommendations, a party may file written

11  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's

12  Findings and Recommendations."  Parties are advised that failure to file objections within the

13  specified time may result in the waiver of rights on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834,

14  838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

15

16  Dated:   August 24, 2021

17                                              HELENA M. BARCH-KUCHTA
                                                UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2